**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2191**

DAYYAN ATTA BEY EX REL DERICK SEALEY,

                Plaintiff - Appellant,

        v.

REX A. DAVIS,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Mark S. Davis, District Judge.   (4:15-cv-00087-MSD-LRL)

Submitted:  February 23, 2016          Decided: February 25, 2016

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dayyan Atta Bey ex rel Derick Sealey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dayyan Atta Bey ex rel Derick Sealey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bey v. Davis, No. 4:15-cv-00087-MSD-LRL (E.D. Va. Sept. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED